IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01443-WYD

| | |
|---|---|
| IN RE: | Case No.  13-13098 HRT |
| | Chapter 11 |
| PLATTE RIVER BOTTOM, LLC | |
| EIN 05-0587266 | |
| Debtor, | Adv. Pro. No 14-01231-HRT |

PLATTE RIVER BOTTOM, LLC,

    Plaintiff,

v.

ADVANTAGE BANK, NORTHSTAR BANK OF COLORADO, f/k/a COMMUNITY BANK OF COLORADO, THE CITY OF EVANS, NOLAN ULMER, and PATRICIA ULMER,

    Defendants.

### ORDER

**Daniel, J.**

    Under the Court's local rules of practice, D.C.COLO.LAPR 1.1. *et seq.*, the AP judge manages an administrative appeal through briefing, after which it is returned to the Clerk's Office to be drawn to a judge like any other civil case under D.C.COLO.LCiv.R 40.1.  Upon my careful review of the record in this bankruptcy appeal, I find the issues raised in Appellant's Alternative Motion for Leave to Appeal (ECF No. 4) to be sufficiently intertwined with the merits of the underlying controversy to suggest the AP judge refrain from resolving them to avoid binding the merits judge to a ruling which he or she may view differently.

For the foregoing reasons, this case is REMITTED to the Clerk for immediate random assignment to a merits judge under D.C.COLO.LCiv.R 40.1. The parties are reminded that the briefing deadlines imposed in ECF No. 9 remain in full force and effect unless modified by the merits judge.

Dated:  August 18, 2015

BY THE COURT:

*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE